197 So.2d 80

Willie Ray COMEAUX

v.

ASHY ENTERPRISES, INC.

No. 48645.

April 14, 1967.

In re: Ashy Enterprises, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 195 So.2d 752.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.